UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                                CASE NO.:  1:25-cv-20150-MD

BRINKER FLORIDA, INC.
Foreign Profit Corporation
d/b/a CHILI'S GRILL & BAR

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendant, BRINKER FLORIDA, INC., Foreign Profit Corporation, d/b/a CHILI'S GRILL & BAR.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                By: **/s/ Gregory S. Sconzo**
                                                GREGORY S. SCONZO, ESQUIRE
                                                Florida Bar No.: 0105553
                                                **Primary Email:** greg@sconzolawoffice.com
                                                **Secondary Email:** shtalia@sconzolawoffice.com
                                                **Sconzo Law Office, P.A.**
                                                300 Avenue of the Champions, Suite 260
                                                Palm Beach Gardens, FL 33418
                                                Telephone: (561) 729-0940
                                                Facsimile: (561) 491-9459