UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20150-CIV-DAMIAN/D'Angelo

HOWARD COHAN,

    Plaintiff,

v.

BRINKER FLORIDA, INC.
d/b/a CHILI'S GRILL & BAR,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court upon Plaintiff, Howard Cohan's ("Plaintiff"), Notice of Voluntary Dismissal With Prejudice [ECF No. 12 (the "Notice")], pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), filed on April 14, 2025. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** in accordance with Plaintiff's Notice. This case shall remain **CLOSED** (*see* ECF No. 8).

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 16th day of April, 2025.

                                                             MELISSA DAMIAN
                                                             UNITED STATES DISTRICT JUDGE